# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Exelis Defense Electronics Services, f/k/a ) ASBCA No. 59669
ITT Defense Electronics Services )
)
Under Contract No. N65236-07-C-5876 *et al.* )

APPEARANCES FOR THE APPELLANT:      Steven M. Masiello, Esq.
Kelly P. Garehime, Esq.
McKenna Long & Aldridge LLP
Denver, CO

APPEARANCE FOR THE GOVERNMENT:      E. Michael Chiaparas, Esq.
DCMA Chief Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 4 March 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59669, Appeal of Exelis Defense Electronics Services, f/k/a ITT Defense Electronics Services, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals